```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                Plaintiff,

-against-

HUDSON EXCESS INSURANCE COMPANY,

                Defendant.

1:21-cv-6671 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       In a separate Opinion and Order, the Court granted Plaintiff's motion for partial summary judgment and concluded that Plaintiff is entitled to reimbursement of all defense costs incurred following its second tender to Defendant in January 2021. In light of that Order, the parties are hereby directed to confer regarding the amount of defense costs and file a joint letter on or before April 7, 2023, advising the Court whether the parties have reached an agreement on payment. If the parties cannot reach an agreement, the Court will refer this matter to the assigned Magistrate Judge for an inquest on damages.

**SO ORDERED.**

Date:  **March 8, 2023**
        **New York, NY**

                                                  **MARY KAY VYSKOCIL**
                                                **United States District Judge**