```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

               Plaintiff,

-against-

HUDSON EXCESS INSURANCE COMPANY,

               Defendant.

1:21-cv-06671-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court directed the Parties to update the Court on the status, but not the substance, of settlement discussions on or before May 8, 2023. [ECF No. 32]. As of this date, no such update has been filed. Accordingly, the Parties are hereby ORDERED to submit the directed status update by May 12, 2023.

      **The parties are on notice that failure to comply with court orders may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and dismissal for failure to prosecute.**

**SO ORDERED.**

**Date: May 10, 2023**                                      **MARY KAY VYSKOCIL**
     **New York, NY**                                          **United States District Judge**