USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

# MELITO & ADOLFSEN P.C.

### ATTORNEYS AT LAW

LOUIS G. ADOLFSEN △
IGNATIUS JOHN MELITO
JOHN H. SOMOZA

STEVEN I. LEWBEL *
ROBERT D. ELY
MICHAEL F. PANAYOTOU
PANTELIS D GALLIS

**WOOLWORTH BUILDING**
**233 BROADWAY, STE. 2070**
**NEW YORK, N.Y. 10279-0118**

**MELITO & ADOLFSEN**
**2500 PLAZA 5**
**HARBORSIDE FINANCIAL CENTER**
**JERSEY CITY, N.J. 07311**
**TEL (201) 985-0011**
**FAX (201) 985-9656**

S. DWIGHT STEPHENS ○ △
RANIA SHOUKIER
OF COUNSEL

**TELEPHONE (212) 238-8900**
**FAX (212) 238-8999**

* NJ BAR
○ CT BAR
△ DC BAR

September 14, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Travelers Prop. Cas. Co. of Am. v. Hudson Excess Ins. Co.*
       Civ. Action No.:      21-CV-06671 (MKV)
       Our File No.:          0835/285

Dear Judge Vyskocil:

We represent Hudson Excess Insurance Company ("Hudson") in this action.

Pursuant to the Court's Memo Endorsement Order of August 23, 2023, plaintiff Travelers Property Casualty Company of America ("Travelers") and Hudson (together, the "Parties"), submit this joint letter to provide the Court with an update on the matter of Hudson's payment of past defense costs to Travelers pursuant to this Court's summary judgment ruling of March 8, 2023.

The parties require additional time to conclude payment and respectfully request the same due to an overlap in time between incoming defense counsel which was appointed by Hudson pursuant to the Court's partial summary judgment ruling, and outgoing counsel by Travelers. The parties expect to conclude this and file the discontinuance without prejudice by October 13, 2023 and respectfully request the time to do so.

**Granted. SO ORDERED.**

Date: 9/15/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully Submitted,

/s/ *Michael F. Panayotou*

Michael F. Panayotou

Cc:   *All Counsel of Record via ECF*