USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023

# MELITO & ADOLFSEN P.C.

ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| **LOUIS G. ADOLFSEN** ∆<br>**IGNATIUS JOHN MELITO**<br>**JOHN H. SOMOZA** | **STEVEN I. LEWBEL** *<br>**ROBERT D. ELY**<br>**MICHAEL F. PANAYOTOU**<br>**PANTELIS D GALLIS** | **WOOLWORTH BUILDING**<br>**233 BROADWAY, STE. 2070**<br>**NEW YORK, N.Y. 10279-0118** | **MELITO & ADOLFSEN**<br>2500 PLAZA 5<br>HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, N.J. 07311<br>TEL (201) 985-0011<br>FAX (201) 985-9656 |
| | **S. DWIGHT STEPHENS** ○ ∆<br>**RANIA SHOUKIER**<br>*OF COUNSEL* | **TELEPHONE (212) 238-8900**<br>**FAX (212) 238-8999** | |

\* NJ BAR
○ CT BAR
∆ DC BAR

October 12, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

        Re:   *Travelers Prop. Cas. Co. of Am. v. Hudson Excess Ins. Co.*
              Civ. Action No.:   21-CV-06671 (MKV)
              Our File No.:     0835/285

Dear Judge Vyskocil:

We represent Hudson Excess Insurance Company ("Hudson") in this action.

Pursuant to the Court's Memo Endorsement Order of September 19, 2023 (Docket #43), plaintiff Travelers Property Casualty Company of America ("Travelers") and Hudson (together, the "Parties"), submit this joint letter to provide the Court with an update on the matter of Hudson's payment of past defense costs to Travelers pursuant to this Court's summary judgment ruling of March 8, 2023.

Hudson has issued the settlement proceeds check to Travelers and expects that it will be delivered shortly. Travelers advises that the consent to change attorneys from current defense counsel (Travelers' in-house defense counsel) to outside counsel should also be concluded shortly. Thus, the parties expect to conclude this and file the discontinuance without prejudice by November 13, 2023 and respectfully request the time to do so. We thank the Court for the consideration of this extension request.

Respectfully Submitted,

/s/ *Michael F. Panayotou*

Michael F. Panayotou

**GRANTED. THE COURT WILL ISSUE NO FURTHER EXTENSIONS. SO ORDERED.**

Date: 10/13/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Cc:    *All Counsel of Record via ECF*